(85 South. 36)

CARDEN v. STATE. (6 Div. 631.)

(Court of Appeals of Alabama. Jan. 16, 1920.)

1. CRIMINAL LAW ☞1090(16, 17) — MOTION FOR NEW TRIAL AND IN ARREST NOT REVIEWED WITHOUT BILL OF EXCEPTIONS.

Motion for new trial and in arrest of judgment appearing in the record will not be reviewed in the absence of bill of exceptions.

2. CRIMINAL LAW ☞1090(14), 1122(5) — IN ABSENCE OF ORAL CHARGE AND BILL OF EXCEPTIONS REFUSED CHARGES NOT PASSED UPON.

Where the oral charge of the court and bill of exceptions are not incorporated into the record, refused charges will not be passed upon by the Court of Appeals.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

Bill Carden was convicted of seduction, and he appeals. Affirmed.

Altman, Murphy & Edmundson, of Birmingham, and D. J. Flummer, of ·Ensley, for appellant.

J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

MERRITT, J. [1] The defendant was indicted under section 7776 of the Code of 1907, was convicted, and sentenced to the penitentiary for a term of years. There is no bill of exceptions in the record, and the trial judge certifies that the time for presenting the bill of exceptions has expired, and that no bill of exceptions has been tendered him. The indictment and judgment appear to be regular, and no errors appear in the record. Motion for new trial and in arrest of judgment appear in the record, but will not be reviewed in the absence of bill of exceptions. Ross v. State, 16 Ala. App. 393, 78 South. 309; Wiggins v. Witherington & Co., 96 Ala. 535, 11 South. 539.

[2] A number· of refused charges appear in the record but, as the oral charge of the court and no bill of exceptions are incorporated into the record, these charges will not be passed upon by the court. Climer v. St. Clair County Tel. Co., 200 Ala. 656, 77 South. 30; Payne v. State, 10 Ala. App: 85, 65 South. 262. The judgment of conviction will be affirmed.

Affirmed.